**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HOANG VAN NGUYEN,
Petitioner,
v.
WARDEN FACILITY ADMINISTRATOR ADELANTO ICE PROCESSING CENTER, et al.,
Respondents.

Case No. 5:26-cv-00894-SVW-SP

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that petitioner's motion for a temporary restraining order (docket no. 2) is denied, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

Dated: September 29, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE